IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

STATE OF NEW MEXICO,

    Plaintiff-Appellant,

v.                                                                  NO. 28,833

MELANIE MONTOYA,

    Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**Frank K. Wilson, District Judge**

Gary K. King, Attorney General
Ann M. Harvey, Assistant Attorney General
Santa Fe, NM

for Appellant

Hugh W. Dangler, Chief Public Defender
Santa Fe, NM

for Appellee

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

    The State appeals from an order granting Defendant's motion for default judgment in a forfeiture action. We proposed to affirm in a notice of proposed

summary disposition, and the State has filed a response indicating that it is unable to present any additional facts or legal arguments to dispute our proposed disposition.

Although the State concedes the issue, we independently review the proceedings to insure that the record supports our proposed disposition. *See State v. Maes*, 100 N.M. 78, 80, 665 P.2d 1169, 1171 (Ct. App. 1983), *abrogated on other grounds as stated in State v. Armijo*, 2005-NMCA-010, ¶ 27, 136 N.M. 723, 104 P.3d 1114. After reviewing the record, we affirm for the reasons set forth in our notice of proposed summary disposition.

**IT IS SO ORDERED.**


_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**


_____
**JONATHAN B. SUTIN, Chief Judge**


_____
**CYNTHIA A. FRY, Judge**